UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:10-CR-108 |
| | ) | |
| RICKY VERNON BRYANT | ) | |

# **O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated January 21, 2011. [Doc. 39]. The Magistrate Judge recommends that the defendant's motion to suppress evidence that was recovered by law enforcement officers on September 30, 2010, during the warrantless search of his property be denied, and that the defendant's motion to suppress his statement be denied. The defendant has filed an objection to this report. [Doc. 42].

After careful and *de novo* consideration of the Report and Recommendation of the United States Magistrate Judge, the defendant's objection to that Report and Recommendation, the defendant's motions to suppress, the responses of the government, the transcript of the hearing held on January 18, 2011, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that the defendant's motions to suppress are **DENIED.** [Docs. 20 and 21].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE